# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Arturo Leon-Medina,<br><br>  Petitioner,<br><br>  v.<br><br>Dora B. Schriro, et al.<br><br>  Respondents. | No. CV 06-1737-PHX-NVW (HCE)<br><br>**ORDER** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Estrada (Doc. # 15) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 21 (citing 28 U.S.C. § 636(b)). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of the magistrate judge's order, a party may

1  serve and file objections to the order; a party may not thereafter assign as error a defect in
2  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*
3  *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
4  21 (9th Cir. 2002).

5        Notwithstanding the absence of an objection, the court has reviewed the R&R and
6  finds that it is well taken.  The court will accept the R&R and deny Petitioner's *Blakely* claim
7  raised in Ground One of the Petition and will dismiss the remainder of the Petition as
8  procedurally barred.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept,
9  reject, or modify, in whole or in part, the findings or recommendations made by the
10 magistrate").

11       IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
12 Judge (Doc. # 15) is accepted.

13       IT IS FURTHER ORDERED that  the Clerk of the Court enter judgment denying
14 Petitioner's *Blakely* claim raised in Ground One of the Petition and dismissing the remainder
15 of the Petition (doc. # 1)as procedurally barred. The Clerk shall terminate this action.

16       DATED this 7th day of August, 2008.

_____
Neil V. Wake
United States District Judge